JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

MICHONNE L. OMO, SBN IL 6309833
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4845
Facsimile: (415) 744-0134
E-Mail: michonne.omo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANEE HUNTER, | Case No. 2:22-cv-01534-DJA |
| Plaintiff, | |
| v. | **MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | *(FIRST REQUEST)* |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 14-day extension of time to provide the Court with a paper copy of the Certified Administrative Record (CAR) in this case. The Commissioner's answer and CAR are due to be filed by November 18, 2022.

The Commissioner intends to file her answer and an electronic copy of the CAR (e-CAR) prior to the current deadline of November 18, 2022, due to the undersigned attorney's previously planned leave. The Social Security Administration's Office of Appellate Operations (OAO), the Office of the General Counsel (OGC), and the United States Attorney's Office (USAO) have coordinated to print and file a paper copy the CAR. A copy has been made and is en route, however, shipping information indicates it may not arrive in time to be filed at the same time as the answer and e-CAR. Accordingly, the Commissioner requests a 14-day extension of time, until December 2, 2022, to ensure ample time to file the paper courtesy copy of the CAR for the Court and to account for possible delays due to the Thanksgiving holiday.

The Commissioner submits that no prejudice will result from granting this extension. Under the scheduling orders in this district, Plaintiff's motion for reversal and/or remand will be due in 30 days after issuance of a scheduling order. Plaintiff will not be prejudiced by this extension, as Plaintiff's counsel will have access to the e-CAR that the Commissioner intends to file on CM/ECF prior to the current deadline, such that Plaintiff's motion can be drafted and filed. In addition, the scheduling orders of this district generally allow the Commissioner to file a cross-motion to affirm and response to Plaintiff's motion within 30 days after Plaintiff's motion is filed. Plaintiff is also generally allowed another 20 days to file an optional reply. In light of this timeline, the earliest that the Court may require a paper copy of the CAR to adjudicate this case would be 60 days after the CAR is filed.

For these reasons, the Commissioner respectfully requests that the Court grant this motion and allow the paper CAR to be provided to the Court within 14 days from the original deadline.

| | |
|---|---|
| Dated:  November 15, 2022 | Respectfully submitted,<br>JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Michonne L. Omo*<br>MICHONNE L. OMO<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**IT IS SO ORDERED**.  The Commissioner shall provide a paper copy of the CAR to the Court by December 2, 2022.

DATED:  11/15/2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Mot. for Ext.
Case No. 2:22-cv-01534-DJA

- 3 -

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of:

MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

**Leonard Stone**
lstone@shookandstone.com
**Marc V. Kalagian**
marc.kalagian@rksslaw.com
Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2022.

                                            /s/ Michonne L. Omo
                                            MICHONNE L. OMO
                                            Special Assistant United States Attorney